FILE COPY

# BILL OF COSTS

## TEXAS COURT OF APPEALS, SEVENTH DISTRICT, AT AMARILLO

### No. 07-16-00022-CV

**Mayo Foundation for Medical Education and Research and Latigo Petroleum, LLC**

**v.**

**Courson Oil & Gas, Inc.**

(No. 2060 IN 31ST DISTRICT COURT OF ROBERTS COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| Motion fee | $15.00 | E-PAID | David Keltner |
| Motion fee | $10.00 | E-PAID | David Keltner |
| Motion fee | $10.00 | E-PAID | Leigh Ann Bunker |
| Motion fee | $10.00 | E-PAID | David Keltner |
| Reporter's record | $89.70 | UNKNOWN | Movant |
| Supreme Court chapter 51 fee | $50.00 | E-PAID | David Keltner |
| Indigent | $25.00 | E-PAID | David Keltner |
| Statewide efiling fee | $30.00 | E-PAID | David Keltner |
| Filing | $100.00 | E-PAID | David Keltner |

| |
|---|
| **Balance of costs owing to the Seventh Court of Appeals, Amarillo, Texas: $0.00** |
| |
| ***Court costs in this cause shall be paid as per the Judgment issued by this Court.*** |

I, **VIVIAN LONG, CLERK** OF THE SEVENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SEVENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Seventh District of Texas on August 3, 2017.

*Vivian Long*

VIVIAN LONG, CLERK